```
                          FILED
                 CLERK, U.S. DISTRICT COURT

                     JAN 31 2025

                 CENTRAL DISTRICT OF CALIFORNIA
                 EASTERN DIVISION    BY DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL ACOSTA<br><br>Defendant. | 5:23-CR-00066-JGB<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  (✓)  the appearance of defendant as required; and/or

(B)  (✓)  the safety of any person or the community.

//
//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

- SUBMISSION TO DETENTION
- CRIMINAL HISTORY
- HISTORY OF SUBSTANCE ABUSE
- FAILURE TO REPORT TO PROBATION

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

- SUBMISSION TO DETENTION
- FAILURE TO REPORT TO PROBATION / ABSCONDING
- HISTORY OF SUBSTANCE ABUSE

IT IS ORDERED that defendant be detained.

DATED: 1/31/25

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

2